SCWC-16-0000319

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

NATIONSTAR MORTGAGE LLC,
Respondent/Plaintiff-Appellee,

vs.

DANIEL KALEOALOHA KANAHELE,
Petitioner/Defendant-Appellant,

and

THE ESTATE OF MARCUS C. KANAHELE, CHILD SUPPORT
ENFORCEMENT AGENCY, STATE OF HAWAI'I, UNITED STATES OF AMERICA,
FIA CARD SERVICES, N.A., GLORIA KANAHELE, Personal
Representative of the Estate of Marcus C. Kanahele,
Respondent/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000319; CIV. NO. 14-1-0584(2))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Daniel Kaleoaloha

Kanahele's application for writ of certiorari filed on

October 24, 2018, is hereby accepted, and will be scheduled for

oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, December 14, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson